AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

|  |  |
|---|---|
| BLUE ROCK PARTNERS, LLC and<br>BLUE ROCK PREMIER PROPERTIES, LLC,<br>*Plaintiff(s)*<br>v.<br><br>BLUEROCK REAL ESTATE, LLC<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 8:16cv1981T33MAP<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bluerock Real Estate, LLC
9th Floor, Heron Tower
70 East 55th Street
New York, New York 10022

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John Cyril Malloy, III
Oliver Alan Ruiz
Malloy & Malloy, P.L.
2800 S.W. Third Avenue
Miami, Florida 33129

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL - 8 2016

Date: _____

                                                                CLERK OF COURT

                                                                _____
                                                                *Signature of Clerk or Deputy Clerk*